IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY J. RICHARDS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   2:06-CV-1588-LSC-PWG |
| VINITA B. THOMPSON, et al., | ) ) ) |
| Defendants. | ) ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 20, 2006, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). Plaintiff filed a motion to convert this case to a § 2254 action (Doc. #7), but no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

Done this 13th day of October 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153